1  J. RANDALL JONES, ESQ. (#1927)
   JENNIFER C. DORSEY, ESQ. (#6456)
2  KEMP, JONES & COULTHARD, LLP
   3800 Howard Hughes Parkway
3  Seventeenth Floor
   Las Vegas, Nevada 89169
4  E-mail: kjc@kempjones.com
   Attorneys for Plaintiffs
5

6
                    UNITED STATES DISTRICT COURT
7
                         DISTRICT OF NEVADA
8

9

10 APEX 385, LLC, APEX 27.07, LLC, APEX            Case No.:2:10-CV-00007-JCM-RJJ
   53.03, LLC, B E T F H H, G.P. and MASON
11 HARVEY AS TRUSTEE OF THE MASON
   HARVEY LIVING TRUST,
12
        Plaintiffs,
13
   vs.
14
   CITY OF NORTH LAS VEGAS, a Municipal
15 Corporation, and DOES I through X,

16      Defendants.

17

18          **STIPULATION TO DISMISS WITHOUT PREJUDICE,**

19              **TOLLING AGREEMENT AND ORDER**

20      The Parties, as part of on-going settlement discussions, and in order to allow those discussions
21 to proceed without prejudice to either party, by and through their counsel of record, hereby stipulate and
22 agree to the following:
23      1.   The above-entitled matter be dismissed without prejudice;
24      2.   To toll any applicable statutes of limitations or other applicable rules, ordinances or
25           other laws limiting the time by which to bring the currently pending claims (the
26           "Applicable Limitations Period"), for a period of twelve (12) months from the date of the
27           entry of this Order, after which time the Applicable Limitations Period will begin to run
28           again, and be in full force and effect; provided that this agreement shall not serve to

1          revive any claim for which the Applicable Limitations Period has already expired nor

2          shall it run to the benefit of any person not a party to this action; and

3     3.   Each party will bear their own costs and fees incurred to date.

| KEMP, JONES & COULTHARD | SNELL & WILMER, LLP |
|---|---|
| /s/ J. Randall Jones | /s/ Richard C. Gordon |
| J. Randall Jones, Bar No. 1927 | Ronald W. Messerly, Esq., Bar No. 009626 |
| Jennifer C. Dorsey, Bar No. 6456 | Richard C. Gordon, Esq., Bar No. 009036 |
| 3800 Howard Hughes Parkway, 17th Fl | 3883 Howard Hughes Parkway, #1100 |
| Las Vegas, NV 89169 | Las Vegas, NV 89169 |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |
| DATED: 4/26/11 | DATED: 4/26/11 |

**ORDER**

IT IS SO ORDERED this 9th day of May, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

KEMP, JONES & COULTHARD, LLP


   /s/ J. Randall Jones
J. Randall Jones, Nevada Bar No. 001927
3800 Howard Hughes Parkway
Suite 1700
Las Vegas, Nevada 89169
*Attorney for Plaintiffs*